UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BHARAT AHUJA; VALIANT INVESTMENT FUND, L.P.; JAMES OLIVER EMERSON; MICHAEL FERWEDA; RON FRANKLIN; JODY GRONOWETTER; ADAM PALANCE; ALLAN HAKKO; LANCE HEITZ; BADARINATH KIDAMBI; HUAXIN LI; ROBERT LIEBERMAN; SKY LUCAS; DAVIS C. HEMINGWAY MEMORIAL SCHOLARSHIP FOUNDATION, INC.; MATTHEW MASIELLO; JENISH PATEL; FRANK ROSSI; HARRY SILVERGLIDE; WILLIAM J. SPEDDING JR.; BENJAMIN STROH; A-LINE, EDS, INC.; JOSEPH SUSSMAN AS ADMINISTATOR OF SUSSMAN SALES CO. INC. PROFIT SHARING PLAN; STEVEN SUSSMAN; GEOFFREY VLACH; JIAKIA WANG and AMY WHITED,<br><br>     Plaintiffs,<br><br> v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>     Defendants. | Civil Action No. 18-cv-846 |

**DISCLOSURE STATEMENT**

The undersigned counsel for Plaintiffs Valiant Investment Fund, L.P., Davis C. Hemingway Memorial Scholarship Foundation, Inc. and A-Line, EDS, Inc. certifies that these parties are non-governmental corporate parties and that these parties do not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of these parties' stock.

1

Dated: January 19, 2018

                /s/ JooYun Kim
                JooYun Kim
                Hung G. Ta, Esq. PLLC
                250 Park Avenue, Seventh Floor
                New York, New York 10177
                Tel: 646-453-7288